UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 28, 2002

MEMORANDUM TO MS. FINE RE:   United States of America v.
Anna M. Gomes, etc.
Civil #L-01-3851

Dear Ms. Fine:

The court file reflects that a summons was issued on January 15, 2002 for defendant Anna M. Gomes, but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before April 12, 2002, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File