IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. L-01-3851 |
| ANNA M. GOMES | : | |
| a/k/a Anna M. Englehardt | | |
| a/k/a Anna Marie Englehardt | : | |
| a/k/a Anna Marie Scott | | |
| a/k/a Ann M. Scott, | : | |
| Defendant. | : | |

. . .oOo. . .

ORDER

Having read and considered the Plaintiff the United States' Motion for Substitute Service and good cause having been shown therefore, it is this 12TH day of April, 2002,

ORDERED

1. The United States' Motion for Substituted Service is granted; and

2. Service of the Summon and Complaint may be made by regular and certified Mail to defendant's place of employment.

BENSON EVERETT LEGG
UNITED STATES DISTRICT JUDGE