UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | Civil No. L-01-3851 |
| ANNA M. GOMES | * | |
| a/k/a Anna M. Englehardt | | |
| a/k/a Anna Marie Englehardt | * | |
| a/k/a Anna Marie Scott | | |
| a/k/a Ann M. Scott, | * | |
| Defendant | * | |

ORDER

Upon consideration of plaintiff's motion,

IT IS this 12TH day of April, 2002

ORDERED that the time for the plaintiff to serve process on the defendant BE and the SAME HEREBY IS extended through May 28, 2002.

_____
BENSON EVERETT LEGG
UNITED STATES DISTRICT JUDGE

