IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,        Civil No. L-01-3851

v.

Anna M. Gomes
a/k/a Anna M. Englehardt
a/k/a Anna Marie Englehardt
a/k/a Anna Marie Scott
a/k/a Ann M. Scott,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>DISMISSAL</u>

MR. CLERK:

    Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.), as to the defendant Anna M. Gomes without prejudice and without costs and for cause therefore states:

    Plaintiff has been unable to serve process upon the defendant.

        Respectfully submitted,

        Thomas M. DiBiagio
        United States Attorney

        Thomas F. Corcoran
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        Trial Bar No. 24894

APPROVED this 9TH day of June, 2002.

_____
UNITED STATES DISTRICT JUDGE